CLERK'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFF NELSON,

    Plaintiff,

v.      No. CIV-98-1325 SC/LCS

SAN MIGUEL COUNTY
DETENTION CENTER,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court *sua sponte* to consider Plaintiff's failure to respond to the Court's order entered February 18, 1999, which dismissed Plaintiff's claims against the named Defendant and required that Plaintiff file an amended complaint. Because Plaintiff has not filed an amended complaint or shown cause for excusing this failure, I find in his behavior a manifest lack of interest in litigating his claims.

The Court has the inherent power to impose a variety of sanctions on litigants in order to regulate its docket, promote judicial efficiency, and deter frivolous filings. *Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984). One such sanction within the discretionary authority of the Court is to dismiss an action for want of prosecution. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962). Based on Plaintiff's failure to comply with an order of the Court, submit an amended complaint, or show cause why payment should be excused, the complaint will be dismissed.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED with prejudice, and this action is DISMISSED.

                                                                     _____
                                                                       UNITED STATES DISTRICT JUDGE